IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN RIDDLE,

Plaintiff,

v.

OMAHA PUBLIC SCHOOLS,

Defendant.

Case No. 8:23-cv-00455

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Justin Riddle hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. Defendant has not served either an answer or a motion for summary judgment.

Dated: 11/27/2023

Respectfully submitted,


Justin Riddle
Plaintiff Pro Se
402-813-2156
Justinriddle1@gmail.com